IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JEBED COLON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action, Case No.: 5:21-cv-4-TBR |
| v. | ) |
| | ) |
| HAMPTON MEAT PROCESSING | ) JURY DEMAND |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

COME NOW the Plaintiff, Jebed Colon, and the Defendant, Hampton Meat Processing Company, Inc. and submit their Agreed Order of Dismissal. The parties state that this matter has been resolved and may be dismissed **WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

August 25, 2021

Have Seen and Agreed:

| | |
|---|---|
| s/ D. Wes Sullenger | s/ John S. Gilliam  *w/ perm. DWS* |
| D. Wes Sullenger, Esq. | John S. Gilliam, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendant* |